# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 3:21-CR-04-CAR-4 |
| MARTY MCCOLLUM : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Marty McCollum pursuant to Federal Rule of Criminal Procedure 48(a). In its Motion, the Government represents Defendant pled guilty in Superior Court of Hart County Case No. 22HR232W for possession of methamphetamine with intent to distribute for substantially the same criminal conduct. Defendant was sentenced to a five-year probated sentence.

After careful consideration, the Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 143] and hereby **ORDERS** the pending Indictment in Case No. 3:21-CR-04-CAR-4 against Defendant Marty McCollum to be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED,** this 28th day of September, 2022.

                                        s/ C. Ashley Royal_____
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT